BEFORE THE FIRST DIVISION, JANUARY 30, 1939

**No. 40551.**—Protest 873434–G of M. Pressner & Co. (New York).

Opinion by SULLIVAN, J. It was stipulated that the merchandise consists of tennis rackets similar to those the subject of *May* v. *United States* (T. D. 47760) and *Woolworth* v. *United States* (T. D. 48573). The claim at 30 percent under paragraph 1502 was therefore sustained.

**No. 40552.**—Protests 801695–G/84877, etc., of W. A. Taylor Co., Inc., et al. (Chicago, etc.).

Opinion by FIRST DIVISION. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, JANUARY 30, 1939

**No. 40553.**—Protest 970963–G of Karavan Trading Corp. (New York).

Opinion by TILSON, J. It was stipulated that the goods consist of pillow covers composed of pressed felt in chief value of wool similar to the merchandise involved in *United States* v. *Field* (18 C. C. P. A. 228, T. D. 44404). The claim at 50 percent under paragraph 1120 was therefore sustained.

**No. 40554.**—Protest 952075–G of G. Hirsch's Sons (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel embroidered ornaments, bandings, and insertings the same as those passed upon in *United States* v. *Smith* (12 Ct. Cust. Appls. 384, T. D. 40544), and embroidered-net ornaments similar to those the subject of *United States* v. *Ramig* (17 C. C. P. A. 365, T. D. 43809) were held dutiable at 75 percent under paragraph 1430. Merchandise in chief value of cellulose filaments the same as those passed upon in Abstract 37230 was held dutiable at 60 percent under paragraph 31 as claimed.

**No. 40555.**—Protest 905226–G of Textile Looms, Inc. (New York).

Opinion by TILSON, J. It was stipulated that the merchandise is in part of braid made on a braiding machine, that is, the elastic fabric on either end. On the record presented it was held properly classified under paragraph 1529.